JAMES KYRIMES, Respondent, *v.* STANDARD INSURANCE COMPANY OF NEW JERSEY et al. Appellants.

(Argued April 23, 1935; decided May 21, 1935.)

*John L. Fletcher* for appellants.
*John J. Walsh* for respondent.

Order affirmed, and judgment absolute ordered against appellants on the stipulation, with costs in all courts. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.